THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 David Jones, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal from Pickens County
 Larry R. Patterson, Post-Conviction Judge
Memorandum Opinion No.  2009-MO-008
Submitted January 22, 2009  Filed
 February 23, 2009  
REVERSED

 
 
 
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen
 Ratigan, all of Columbia, for Petitioner.
 Deputy
 Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on
 Indigent Defense, Division of Appellate Defense, of Columbia, for Respondent.
 
 
 

PER CURIAM:  We granted the States petition to
 review an order granting respondent post-conviction relief (PCR) and now
 reverse, finding no evidence in the record to support the PCR judges findings
 that respondents trial attorney was ineffective.  Miller v. State, 379
 S.C. 108, 665 S.E.2d 596 (2008) (standards for ineffective assistance of
 counsel and for appellate review).
REVERSED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.